## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

**JOE HOUSTON,**

    Plaintiff,

v.   Case No: 6:17-cv-613-CEM-DCI

**H.R.S. HOTELS, LLC.,**

    Defendant,
_____/

### PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, Joe Houston, by and through his undersigned counsel hereby advises the Court that this case has been settled. The Parties request twenty (20) days within which to file the documentation reflecting the terms of their agreement.

I hereby certify that a true and correct copy of the foregoing was served via the court's electronic filing system upon all parties of record this 22nd day of August, 2017.

    /*s/Philip Michael Cullen, III*
    Fla. Bar. No: 167853
    Thomas B. Bacon, P.A.
    621 S. Federal Hwy, Ste 4
    Fort Lauderdale,  FL 33301
    ph. (954) 462-0600
    fx. (954) 462-1717
    cullen@thomasbaconlaw.com