UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOE HOUSTON,**

      **Plaintiff,**

v.                                                   **Case No:  6:17-cv-613-Orl-41DCI**

**H.R.S. HOTELS, LLC,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Plaintiff's Notice of Settlement (Doc. 14), wherein Plaintiff advised the Court that the above-styled action has been settled.

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on August 29, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record