IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JOE HOUSTON,

        Plaintiff,

v.                                           Case No: 6:17-cv-613-CEM-DCI

H.R.H. HOTELS, LLC.,

        Defendant,
_____/

STIPULATION FOR APPROVAL AND ENTRY OF
CONSENT DECREE AND DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to approve and enter judgment on the Proposed Consent Decree annexed filed with the Court ("the Consent Decree").

Pursuant to Title III of the Americans with Disabilities Act this Court is authorized to enter a Consent Decree requiring a public accommodation to alter facilities to make such facilities readily accessible to and useable by individuals with disabilities to the extent required by Subchapter III of Chapter 126 of Title 42 of the United States Code. 42 USC ' 12188 (a)(2) 2000.

Wherefore, Plaintiff and Defendant, respectfully request this Court to approve and enter judgment on the Consent Decree and retain jurisdiction to enforce the Consent Decree and Dismiss the Case with Prejudice.

Pursuant to *Anago Franchise Financing, Inc., v. Shaz, LLC.,* 677 F.3d 1272 (11th Cir. 2012), the effectiveness of this stipulation for dismissal is contingent upon the Court=s retaining jurisdiction to enforce the terms and conditions of the attached Consent Decree.

FOR THE PLAINTIFF                                    FOR THE DEFENDANT


**By: /s/ Philip Michael Cullen, III**        **By:** /S/ William J. Wieland

Fla. Bar No: 167853
Thomas B. Bacon, P.A.
621 South Federal Highway, Ste 4
Fort Lauderdale, Florida 33301
ph. (954) 462-0600

cullen@thomasbaconlaw.com

William J. Wieland, Esq.
 FBN: 0437239
 Bogin, Munns & Munns, P.A.
 8226 N. Wickham Rd., Suite 201
 Melbourne, FL 32940
 Phone (321) 254-3939
 Fax  (321) 254-3929


Email:wwieland@boginmunns.com