UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOE HOUSTON,**

      **Plaintiff,**

v.                                                  **Case No:  6:17-cv-613-Orl-41DCI**

**H.R.S. HOTELS, LLC,**

      **Defendant.**
_____/

### ORDER

THIS CAUSE is before the Court on the Stipulation for Approval and Entry of Consent Decree (Doc. 16). For the reasons set forth in the Stipulation, it is **ORDERED** and **ADJUDGED** that the Consent Decree (Doc. 16-1) is **APPROVED**. The Court retains jurisdiction to enforce the Consent Decree.

**DONE** and **ORDERED** in Orlando, Florida on September 7, 2017.



Copies furnished to:

Counsel of Record